# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00958-RPM-CBS

BARBARA SUGGS,

      Plaintiff,

v.

WEST PEAK FINANCIAL, INC., a Colorado corporation, and
WADE WILLIAMSON, whose true name is unknown,

      Defendant(s).

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulated Motion to Dismiss with prejudice and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay their own costs and attorney's fees.

BY THE COURT:

10-5-05
DATE

HONORABLE RICHARD P. MATSCH
UNITED STATES DISTRICT JUDGE